# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | No. 25-3908<br>D.C. No. 3:07-cv-05634-CRB<br>Northern District of California, San Francisco |
| DONALD WORTMAN, *et al.*,<br> Plaintiffs – Appellees,<br><br>v.<br><br>JEANETTE STEVENS,<br> Objector – Appellant,<br><br>v.<br><br>ALL NIPPON AIRWAYS, *et al.*,<br> Defendants. | **PLAINTIFFS-APPELLEES' NOTICE OF NON-OPPOSITION TO THE MOTION TO AMEND CASE CAPTION** |

On July 18, 2025, Plaintiffs-Appellees filed their Motion to Amend Case Caption (the "Motion"). Responses to the Motion were due July 28, 2025 pursuant to Federal Rule of Appellate Procedure 27(a)(3)(A). No responses have been filed or otherwise received by Plaintiffs-Appellees. Accordingly, Plaintiffs-Appellees file this Notice of Non-Opposition to the Motion and respectfully submit that for the reasons stated in the Motion that, Plaintiffs-Appellees' Motion should be granted.

Therefore, Plaintiffs-Appellees respectfully request that the Court amend

1

the case caption to replace Objector-Appellant "Jeanette Stevens" with "Elm Co."

Dated: July 30, 2025          **COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Elizabeth T. Castillo*
Adam J. Zapala (245748)
Elizabeth T. Castillo (280502)
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

**HAUSFELD LLP**
*/s/ Christopher L. Lebsock*
Christopher L. Lebsock (184546)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
clebsock@hausfeld.com

*Attorney for Appellees-Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2025, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Dated: July 30, 2025        **COTCHETT, PITRE & McCARTHY, LLP**

<u>*/s/ Elizabeth T. Castillo*</u>
Elizabeth T. Castillo

*Counsel for Plaintiffs-Appellees and the Classes*