# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | No. 25-3908<br>D.C. No. 3:07-cv-05634-CRB<br>Northern District of California, San Francisco |
| DONALD WORTMAN, *et al.*,<br>        Plaintiffs – Appellees,<br><br>v.<br><br>JEANETTE STEVENS,<br>        Objector – Appellant,<br><br>v.<br><br>ALL NIPPON AIRWAYS, *et al.*,<br>        Defendants. | **APPELLANT'S RESPONSE TO THE MOTION TO AMEND CASE CAPTION** |

Appellant Jeanette Stevens t-a Elm Co. responds as follows to the Motion and the Supplement to the Motion. The Caption can either be Jeanette Stevens or Jeanette Stevens t-a Elm Co. The term trading as does not make the company separate. *See Sharemaster v. U.S. Sec. & Exch. Comm'n,* 847 F.3d 1059, 1066 n.4 (9th Cir.2017). However, it should not be Elm Co. alone.

Respectfully submitted,

/s/ Jeanette Stevens
