UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>———————————————————————<br>————<br><br>DONALD WORTMAN; et al.,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>JEANETTE STEVENS,<br><br>    Objector - Appellant,<br><br>  v.<br><br>ALL NIPPON AIRWAYS,<br><br>    Defendant. | No. 25-3908<br><br>D.C. No. 3:07-cv-05634-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 10) for an extension of time to file a response to the motion to amend the caption is granted. The response has been received.

The motion (Docket Entry No. 4) to amend the caption is granted in part. The clerk will amend the docket to reflect that appellant is "Jeanette Stevens, t/a Elm Co."

The opening brief remains due September 3, 2025. The answering brief is due October 3, 2025. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-3908